UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:19-CR-00085-01 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| MANUEL KING (01) | MAGISTRATE JUDGE CAROL B. WHITEHURST |

ORDER

Presently before the Court is the Motion Under 18 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence [ECF No. 76] filed by defendant, Manuel King. The Defendant asserts that "on 06/18/2020, the movant was convicted on three counts of carjacking. Making the movant a career offender. In light of the Supreme Court 'Erlinger' decision, the movant sentence and conviction is no longer valid." The case of *Erlinger v. United States*[1] addressed a defendant's right to a jury trial with regard to enhancements applied under the Armed Career Criminal Act,[2] a provision which provides for more severe punishment for convictions under 18 U.S.C. § 922(g) if a defendant has three prior convictions for violent felonies or serious drug offenses. The Defendant in the present case was not convicted of a crime under 18 U.S.C. § 922(g) and did not receive an enhanced sentence under the Armed Career Criminal Act. Whether Defendant's guilty plea and conviction to three counts of carjacking in the present case would serve as predicate offenses for a future offense under 18 U.S.C §922(g) does not impact Defendant's Judgment herein. *Erlinger* is not applicable to the Defendant's case. The Court finds that the motion and the records of the case conclusively show that the Defendant is entitled to no relief. Accordingly,

---

[1] 602 U.S. 821, 144 S.Ct. 1840, 219 L.Ed.2d 451 (2024).
[2] 18 U.S.C. § 924(e).

IT IS ORDERED THAT the Motion Under 18 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence [ECF No. 76] is DENIED.

THUS DONE in Chambers on this 7th day of January, 2025.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE